1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10  FREDDY MARTIN DAVILA,            )  CASE NO. SA CV 12-862-JST (PJW)
                                     )
11               Petitioner,         )
                                     )  ORDER ACCEPTING REPORT AND
12        v.                         )  RECOMMENDATION OF UNITED STATES
                                     )  MAGISTRATE JUDGE
13  TIMOTHY S. ROBINS, et al.,       )
                                     )
14               Respondents.        )
    _____)

15

16       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17  the records on file, and the Report and Recommendation of United

18  States Magistrate Judge.  No objections to the Report and

19  Recommendation have been filed.  The Court accepts the Magistrate

20  Judge's Report and adopts it as its own findings and conclusions.

21

22  DATED:     November 12, 2012 .

23

24

25      JOSEPHINE STATON TUCKER
        UNITED STATES DISTRICT JUDGE

26

27

28  C:\Temp\notesE1EF34\Order accep r&r.wpd