# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY MARTIN DAVILA, | ) CASE NO. SA CV 12-862-JST (PJW) |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| TIMOTHY S. ROBINS, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    November 12, 2012 .

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd